UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CR175CAS/AGF |
| ) | |
| RYAN DALE WEBSTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

With consent of Defendant, and for good cause shown, the motion of the government to continue the evidentiary hearing [Doc. #32] is hereby **Granted** as follows:

    a)     the government shall promptly complete its examination of the seized evidence and disclose any additional discovery and arguably suppressible evidence to Defendant;

    b)     Defendant shall have until **April 27, 2009**, to file any additional motions or waiver of motions related to the new incidents and/or evidence;

    c)     the government shall have until **May 4, 2009** to respond to all motions filed by Defendant; and

    d)     the evidentiary hearing is continued to **May 6, 2009** at **9:00 a.m.**

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of April, 2009.